**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 31, 2019**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00294-CR

---

### MIGUEL ANGEL SERRANO-PEREZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1483873**

---

### MEMORANDUM OPINION

Appellant Miguel Angel Serrano-Perez has signed and filed a written request to dismiss his appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court

to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer

Do Not Publish – Tex. R. App. P. 47.2(b)